# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) — Short Form |
| JORDAN H. BENBOW | Case No.    08-po-00054-GJR |

USM No.

Jerry Tompkins
_____
Defendant's Attorney

## THE DEFENDANT:

☑ **THE DEFENDANT** pleaded guilty to count(s)    One of information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 261.13 | Operate off highway vehicle off designated road, routes, and trails | 11/01/2008 | One |

☑ Count(s)    Two and Three    ☐ is  ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** $210.00 | $  10.00 | $  200.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   2410

Defendant's Year of Birth:   1986

City and State of Defendant's Residence:
Orlando, FL

03/09/2009
_____
Date of Imposition of Judgment

_____
Signature of Judge

Laird T. Milburn                    Magistrate Judge
_____
Name and Title of Judge

03/11/2009
_____
Date